# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DUANE G. HANSON,<br><br>　　　　　　　　Defendant. | **6:19-PO-5006-KLD**<br>Ticket Number: FAJD004Z<br>Location Code: M5<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Duane G. Hanson, was present in court was found guilty following a bench trial to the charge of: OPERATING A MOTOR VEHICLE IN VIOLATION OF MVUM.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　1. Defendant must pay a fine in the amount of $100.00 plus $40.00 in fees for OPERATING A MOTOR VEHICLE IN VIOLATION OF MVUM for a total of $140.00. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov . The fine shall be paid as follows: $20.00 per month starting on March 15, 2020, and then every month thereafter on the 15th until paid in full.

Pursuant to 18 U.S.C. §§ 3402 & 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with Magistrate Kathleen L. Desoto. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. §1914, Fee Schedule, subsection (10), at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(C).

Date of Imposition of Judgment: January 31, 2020.

 February 20, 2020
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge